UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 02-80701

FRANK
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ONE 1973 ENSIGN VESSEL
FL5630HM, HULL #
FLZP5634L273, including all
equipment, accessories,
engines, and tackle,

       Defendant.
_____/

### COMPLAINT FOR FORFEITURE IN REM

    Plaintiff, United States of America, files this civil action for forfeiture *in rem* of the defendant vessel and alleges as follows:

    1.    This is a civil action for forfeiture *in rem* of one 1973 Ensign vessel FL5630HM, Hull # FLZP5634L273, including all equipment, accessories, engines, and tackle. Jurisdiction is vested in this Court pursuant to Title 28, United States Code, Sections 1345, 1355, and 2461.

    2.    The Court has venue pursuant to Title 28, United States Code, Section 1395, in that the defendant vessel was seized



pursuant to a seizure warrant on March 28, 2002, in the Southern District of Florida, on navigable waters, by the Federal Bureau of Investigation. The defendant vessel, one 1973 Ensign vessel FL5630HM, Hull # FLZP5634L273, including all equipment, accessories, engines, and tackle, is located within the Southern District of Florida in the custody of the U.S. Marshals Service. During the pendency of these proceedings, the defendant vessel will remain within the Southern District of Florida and the jurisdiction of this Court.

4.  The defendant vessel is more particularly described as one 1973 Ensign vessel FL5630HM, Hull # FLZP5634L273, including all equipment, accessories, engines, and tackle ("the defendant vessel").

5.  The United States seeks forfeiture of the defendant vessel pursuant to Title 21, United States Code, Section 881(a)(4), on the grounds that the defendant vessel was used, or was intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance, to wit marijuana, and/or cocaine, in violation of 21 U.S.C. §§ 841, 952, 960, and 963.

6.  In February 2002, a confidential informant provided information to Special Agent John Raleigh of the Federal Bureau of Investigation about a drug smuggling group who where engaged in the smuggling of cocaine from Freeport, Bahamas to Riviera Beach

Marina, located at 200 13th Street in Riviera Beach, Florida. The two smugglers were described as being white males who were a father and son, and resided in the Tampa, Florida area. They owned a 36-foot commercial fishing boat FL#5630HM, the defendant vessel, which was kept at the Riviera Beach Marina, and was used for the purpose of smuggling narcotics from Freeport, Bahamas to Riviera Beach, Florida.

7. Based upon the information provided by the confidential informant, surveillance was initiated at the marina on February 21, 2002. Through surveillance at the marina, investigating agents were able to identify two vehicles used by the smugglers, a white Dodge refrigerator truck, bearing Florida license tag A75-CBG, and a 1999 GMC pick-up truck, bearing Florida license tag T27-WTG. Registrations of the vehicles were in the names of two males identified as Daniel Douglas Ballard, 10/16/38 of 8011 Beechwood Place, Tampa, Florida; and Kenneth Leslie Ballard, date of birth 04/28/65 of 4416 N. Melton Avenue, Tampa, Florida.

8. On 3/07/02, David Wilson of the Palm Beach County Sheriff's Office ("PBSO") identified both Daniel Douglass Ballard and Kenneth Leslie Ballard from drivers license photographs as individuals who were present at the Riviera Beach Marina in Riviera Beach, Florida. On 3/8/02, agents saw the defendant vessel leaving the Riviera Beach Marina slip number 531 at approximately 7:15 a.m. Located on board were Daniel and Kenneth Ballard along with an

unknown black male. Agents conducted surveillance at the marina awaiting the return of the defendant vessel.

9. On 03/09/02, agents from the Palm Beach County Sheriffs Office surveilled the defendant vessel after it arrived back at the Riviera Beach Marina. The agents saw four people near the vessel who were later identified as Daniel and Kenneth Ballard, a Ronald Jean-Pierre, and a Kenly Nortil. Agents Castillo and DeMarco watched as Daniel Ballard, Kenneth Ballard, and Kenly Nortil unloaded several burlap bundles from the vessel and placed them into the white Dodge truck. Kenneth Ballard carried two suitcase bags, one black and the other brown, to the rear of his GMC pick-up truck.

10. Daniel and Kenneth Ballard then drove the Dodge truck containing the burlap bundles to a nearby Save A Lot grocery parking lot. No one exited the vehicle. Agents Demarco and Vento observed a green colored GEO Tracker bearing Florida license tag A63-YQD which appeared to be following or accompanying the Ballards. As the GEO Tracker followed the Dodge truck, agents could see that the GEO Tracker was occupied by three black males. The Dodge truck drove around the parking lot for several minutes and then returned to the Riviera Beach Marina followed by the GEO Tracker. Both Daniel and Kenneth Ballard exited the Dodge truck. Kenneth Ballard was observed meeting with Ronald Jean-Pierre as Daniel Ballard met with Kenly Nortil.

11. Investigators observed the GEO Tracker, occupied by three black males, constantly circle the parking lot marina. Agent David Wilson observed Ronald Jean Pierre and Kenneth Ballard acting as if they were hiding, both peering from behind a wall. They appeared to be watching the GEO Tracker. Agent Wilson watched Kenneth Ballard walk to the rear of his GMC pick-up truck. He opened a hatch on the rear of the GMC truck, removed a black colored automatic handgun and placed it under his shirt, into his front belt area.

12. Agents approached Kenneth Ballard and Ronald Jean-Pierre and identified themselves as police officers. Kenneth Ballard ran and then surrendered. Agent Wilson removed a fully loaded Beretta 9mm handgun from the front of Kenneth Ballard's pants.

13. Investigators located Daniel Ballard and Kenly Nortil standing behind the defendant vessel which was berthed in slip #531. Agents read both Kenneth Ballard and Daniel Ballard their Miranda rights. Daniel Ballard agreed to cooperate, signing a consent to search the defendant vessel and his white Dodge truck. Kenneth Ballard also signed a consent to search for his GMC pick-up truck. Located within the white Dodge truck were 27 separate bundles of marijuana wrapped in burlap. Inside a large fish box on the defendant vessel were 18 bundles of marijuana. Investigators located 5 kilograms of cocaine in the rear of the GMC pick-up truck along with approximately $9,200.00. Ballard explained that

$6,000.00 of the currency had been paid to him by narcotics smugglers in Freeport, Bahamas for past narcotic smuggling ventures.

14. Both Daniel and Kenneth Ballard were debriefed by Agents. They both admitted that they had done numerous cocaine smuggling ventures during 2001, all from the Riviera Beach Marina located at 200 13th Street Riviera Beach, Florida utilizing the defendant vessel.

15. According to certified records obtained from the Division of Motor Vehicle Department of Highway Safety and Motor Vehicles, the registered owner of the defendant vessel is Daniel Douglas Ballard, 8011 Beechwood Pl., Tampa, Florida 33619.

16. After the seizure of the defendant vessel, according to certified records obtained from the Division of Motor Vehicle Department of Highway Safety and Motor Vehicles, an application for notice of lien was signed by a Daniel D. Ballard on May 8, 2002, and a lien was recorded with the Division of Motor Vehicle on May 8, 2002.

17. On March 21, 2002, Daniel Ballard and Kenneth Ballard were indicted for violations of Title 21, United States Code, Sections 841, 952, 960, and 963 in <u>United States v. Ronald Jean-Pierre et. al.</u>, 02-80062-CR-MIDDLEBROOKS/Johnson.

18. On May 31, 2002, Donald Ballard pled guilty to knowingly and intentionally importing into the United States a controlled

substance, that is, 500 grams or more of cocaine, and knowingly and intentionally importing into the United States a controlled substance, that is, 100 kilograms or more of marijuana.

19. On May 31, 2002, Kenneth Ballard pled guilty to knowingly and intentionally importing into the United States a controlled substance, that is, 500 grams or more of cocaine, and knowingly and intentionally importing into the United States a controlled substance, that is, 100 kilograms or more of marijuana.

20. Based on the foregoing, the defendant vessel has become and is forfeit to the United States of America pursuant to the provisions of 21 U.S.C. §881.

## CONCLUSION

By reason of the foregoing, and pursuant to the provisions of Title 21, United States Code, Section 881, the defendant vessel as described herein has become and is forfeit to the United States of America.

**WHEREFORE**, plaintiff, United States of America, requests the Court to declare the defendant vessel condemned and forfeit to the United States of America, pursuant to Title 21, United States Code, Section 881, and further requests the Court to direct any and all persons having any claim to the defendant vessel to file and serve their verified claims and answers as required by Title 18, United States Code, Section 983(a)(4) and the Supplemental Rules for

Certain Admiralty and Maritime Claims, or suffer default thereof, together with such other and further relief as may be just.

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>BY: *Antonia J. Barnes*
>ANTONIA J. BARNES
>Assistant U.S. Attorney
>500 Australian Avenue
>Ste. 400
>West Palm Beach, Fl.  33401
>Tel: (561) 820-8711
>Fax. (561) 665-9785
>Fla. Bar No. 261777

**VERIFICATION**

I, JOHN R. RALEIGH, Special Agent for the Federal Bureau of Investigation, declare under penalty of perjury as provided by 28 U.S.C. §1746, that the foregoing Complaint for Forfeiture <u>In Rem</u> is based on information known to me, and the facts alleged therein are true and correct to the best of my knowledge.

>_____
>SPECIAL AGENT JOHN R. RALEIGH
>FEDERAL BUREAU OF INVESTIGATION
>
>DATE: 7/29/02

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

02-80701

CIV - HURLEY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
One 1973 Ensign Vessel FL5630HM, Hull # FLZP5634L273, including all equipment, accessories, engines, and tackle

FRANK J. LYNCH JR.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Palm Beach County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Antonia J. Barnes, AUSA
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   BROWARD,   (PALM BEACH),   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- X 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- X 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | B 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | BX 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | B 630 Liquor Laws | A PROPERTY RIGHTS | B 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | B 640 R.R & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | B 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| B 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | B 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| B 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | B 690 Other | A LABOR | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | | B SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | B 510 Motions to Vacate Sentence | 730 Labor/Mgmt. Reporting & Disclosure Act | 864 SSID Title XVI | 894 Energy Allocation Act |
| B 220 Foreclosure | 442 Employment | HABEAS CORPUS: | 740 Railway Labor Act | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | B 530 General | | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | A 535 Death Penalty | 790 Other Labor Litigation | A 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | B 540 Mandamus & Other | A 791 Empl. Ret. Inc. Security Act | A 871 IRS - Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 290 All Other Real Property | | B 550 Civil Rights | | | A OR B |
| | | B 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

21 USC Section 881(a)(4) - Facilitation of narcotics violation

LENGTH OF TRIAL
via   3   days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   X NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   7/21/02
SIGNATURE OF ATTORNEY OF RECORD _____ AUSA

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT WAIVER   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.